No. 72–468. Shatterproof Glass Corp. v. Guardian Glass Co., Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 72–471. Johnson v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 72–473. Mahoney v. Hodgson, Secretary of Labor. C. A. 1st Cir. Certiorari denied.

No. 72–477. Stephenson et al. v. Landegger et al. C. A. 2d Cir. Certiorari denied.

No. 72–479. Garren et al. v. City of Winston-Salem, North Carolina. C. A. 4th Cir. Certiorari denied.

No. 72–487. Prisco v. New York. Ct. App. N. Y. Certiorari denied.

No. 72–495. Stiglets v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–496. Benson v. Newman et al. C. A. 2d Cir. Certiorari denied.

No. 72–497. Oklahoma v. Cherokee Nation et al. C. A. 10th Cir. Certiorari denied.

No. 72–508. Charles C. Wilson, Inc., et al. v. Medicenters of America, Inc. C. A. 5th Cir. Certiorari denied.